**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ROCHELLE RANSOME, individually and on behalf of all others similarly situated,

**Case No. 1:24-cv-20287-JB**

*Plaintiff*,

vs.

F&E AVIATION HOLDINGS, INC. d/b/a FEAM AERO,

*Defendant*.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Rochelle Ransome, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: August 9, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
*Counsel for Plaintiff*

*/s/ Douglas A. Kahle*

Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
E-Mail: dkahle@schwedpa.com
SCHWED KAHLE & KRESS, P.A.
11390 North Jog Road, Suite 102
Palm Beach Gardens, FL 33418
Phone: (561) 694-0070 Fax: (561) 694-0057

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar # 101754

*Counsel for Plaintiff*