**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-20287-JB**

ROCHELLE RANSOME, individually and
on behalf of all others similarly situated,

Plaintiff,

v.

F&E AVIATION HOLDINGS, INC.
d/b/a FEAM AERO,

Defendant.
_____________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. ECF No. [47]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorneys' fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 20th day of September, 2024.

_____________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**